The last case for argument this morning is 2011-1330 IN RE CHAMBER OF COMMERCE Is it Mr. Moroney? Depends how Italian you are, Your Honor. Back in the old country it is Moroney, but in Los Angeles it became Morones. Morones. On behalf of the applicant, appellant, the Chamber of Commerce of the United States of America, if it please the Court, this is an appeal from the decision of the Trademark Trial and Appeal Board affirming the Trademark Office's refusal to register the mark, National Chamber, for a variety of services on the grounds that the mark is supposedly descriptive. We have two problems with the Board's decision. First, the Board never fully explained in its decision why National Chamber was supposedly descriptive for all these services. Now, the Board does point out that National means nationwide in scope. Chamber can mean Chamber of Commerce. That applicant has offered some of these services. And then based on that it says it is clear that a consumer would immediately understand National Chamber, used in connection with applicant services, as conveying information about them. You can't just say it's clear. Well, it seems to me what they concluded was that since National Chamber, and they cited dictionary definitions and Wikipedia, so that National Chamber, the goods or services they connote are things to do with business and the promotion of business and so forth. And then they looked at all of the services that you had listed and they said all of these services fall into that basket. They all promote the interests of business. Why is that wrong? There are several reasons for that. First, the Board made one statement saying it takes no mental leap to understand that applicant is using the mark for the services and both applications of the National Chamber of Commerce. I guess that's the basis for their decision. But that's also just another bare conclusion. They never explained why this mark is informing, you've heard of dictionary definitions, there's no definitions of National Chamber. There's no Wikipedia entries of National Chamber. They never said why it would be scripted for these services. Now the Director's Office sort of takes the tack you do and tries to fill in the blank, says well the reasons why it would be descriptive for these services is that consumers would, these are the services that fall squarely within the type of services traditionally offered by Chambers of Commerce and that's what the Director's Office argued. The Board though never made that finding. The Board never said that. I appreciate that in terms of identifying, anyone identifying the types of services they normally would. But the dictionary definitions that the Board relied on with respect to Chamber of Commerce very much had to do with issues and information and networks that promote the interests of business people in the community, right? Yes, the Chamber of Commerce is a networking organization. There's probably 4,000 or 5,000 Chambers of Commerce.  that's what it connotes, right? Well, you have to interpret a word in light of the services for which the mark is being applied. And you can't just say well everyone knows the Chamber of Commerce is about promoting business and thus if you were a national chamber for any service that somehow could be construed as promoting business it's descriptive. I mean, business data analysis is one of the services. How does the word national chamber convey a function, characteristic, meaning, ingredient, purpose, or use of business data analysis? Could it be that when it's read in conjunction with analysis of governmental policy relating to business and analysis of regulatory activity when you're talking about business data analysis isn't that what that is? Well first, each service has to be separate. The preceding service. We can talk about the first one. Analysis of governmental policy relating to business analysis of regulatory activity relating to businesses for the purpose of promoting the interest of business. There's no evidence that Chambers of Commerce are traditionally understood to analyze governmental policy and regulatory activity. The record has no evidence to suggest that. In fact, if you ask most people I don't think anyone would think they do. Chambers of Commerce sponsor the Fourth of July fireworks and they do all sorts of community things and this sort of other stuff is not what I would consider traditional Chamber of Commerce activities but more importantly there's no finding by the board that this is a traditional Chamber of Commerce activity and there's no evidence in the record anywhere. In fact, the only evidence in the record that was the type of evidence that the board that the office in the past relies on is there's a then the attorney put in a number of third party trademark registrations for Chambers of Commerce. None of them had services matching any of the services we have here and which actually suggests that these aren't the type of services you would get at a Chamber of Commerce traditional office. So therefore making the argument that well everyone knows that these just commonly offered by Chambers of Commerce therefore if you need National Chamber and I kind of lose the thread at that point because all we have is like one sentence but the fact of the matter is there's no evidence to start that finding off. I mean there is some evidence it did consult dictionary definitions and there was some research and I guess the question is whether that satisfies our standard of review. Well, I don't believe it's going to and I would if you look at what evidence yes, there's a dictionary of National yes, there's a dictionary of Chamber. I meant there's no evidence on the point of where you want to extrapolate and say these services are the type offered by a Chamber of Commerce business data analysis there's nothing there that's designed but more importantly this court has said necessary findings must be expressed with sufficient particularity to enable our court without resort to speculation to understand the reasoning of the board and determine whether to apply the law correctly and whether the evidence supported the underlying and ultimate factual findings. All we're doing here right now is speculating well, they might have looked at this they might have said that. This court in the Getzinger case also said a tribunal cannot merely state its findings in conclusory terms but has to provide sufficient details to elucidate the reasoning by which it reaches ultimate finding at the issues of fact or conclusions of law and that it also has to find subsidiary facts especially in the case of the ultimate facts. A mark is descriptive as long as it finds or describes one of the services that's provided. It doesn't have to describe all of the services. So when you say chamber and you go out and look in the dictionary or you run a print off the web on what a chamber is and it says chambers of commerce doesn't that fit the description of providing the interests of business people? And then when it's national it's just do it on a national level. Isn't that what we're looking at here? Well actually the services aren't promoting the interests of business people. Actually we have registrations and other marks associated with classic chamber of commerce registration association services mainly promoting the interest of business men and business women. This is analysis of governmental policy relating to businesses. It's not just generically promoting the interest of business men and women. And we can't say well if anything promotes the interest of business men and women the phrase national chamber is descriptive for it because chamber could be understood to understand the chamber of commerce. That would just mean I can come up with any service and say that somehow promotes the interest of business men and women. Road repair. Improving infrastructure. Is that traditionally associated with chamber of commerce? No. They have to show that those services are the type that would be commonly associated with the chamber of commerce. There's been no effort, no finding that in fact they are. We're just speculating that they could have done that. What difference would this be if you were seeking a mark that said national chamber of commerce? For national chamber of commerce. If we were applying for chamber of commerce, I'm focusing on the services, your honor. You have to analyze the mark in light of the services. This is not an application to register the mark national chamber for chamber of commerce services provided on a nationwide basis. If so, that would likely be descriptive. Although ironically enough we had a registration for that for about 30 years and the office didn't find it descriptive to begin with. But this is for other services that are not traditionally chamber of commerce services. How do we know that? That's a good point, your honor. How do we know that? If you look at the definitions, they are quite broad and deal with promoting or furthering networking information and interests that are dealing with the business community. And as the board says, they conclude that analyzing government policy relating to businesses is for the purpose of promoting the interest of businesses. Is that far-fetched? Well, they are reading the service. You are referring to the description of services. We have to focus on what the description of services are. If you apply for chamber of commerce services, because you are a chamber of commerce, any service is a chamber of commerce service. The issue is what is traditionally understood by consumers as a chamber of commerce service. Is there any evidence of that? It was the office's obligation to prove evidence that it was. The examining attorney did not put any evidence. If you review our briefs to the board, what we said was the  attorney has not put any evidence. This is right in front of the board. They said it provides information. It is clear. Whenever you use the phrase it is clear, obviously it is not clear. It is clear that it provides information and move on. Their obligation was to explain it and give the details. What kind of details would be sufficient to prove the point that they would have to take a survey of all chambers of commerce internationally and see if any of them provided this analysis of government regulation? It would be sufficient but the office doesn't do that. One of the most common things is they would search registrations and find chambers of commerce tend to cover such services. That is one thing they would do. Media references. Are there references to the chambers of commerce offering such services? None of them have anything to do with the type of services we are talking about here. They could get examples from the web of where chambers of commerce are offering these services. There are two examples in the record. Are you arguing that the services that were listed in the application are services that are not typically provided by chambers of commerce?  probably 4,000 to 5,000 chambers of commerce out there. Only a handful offer the type of services here. We talk about the type of services. I was the president of a local chamber of commerce. I can tell you online directory information services about the members, information in the field of business, providing discount programs like car rental things, providing business analysis, representing businesses before a municipal commission or a state. All of those are the functions that a chamber of commerce does. National chamber seems to describe we do what a regular chamber does, but we do it on a national basis. Is it that descriptive? A couple of things. First, providing information about the members of the chamber of commerce that's offering the service. We have to be clear. Your membership are other chambers, not individual chambers. The record doesn't have any evidence of anybody offering that service. The only example is one instance and it's not even by a chamber of commerce. The office had a burden to prove that this is going to be their point. They also had a burden to say this is their point. I want to reserve your rebuttal for that. Thank you very much. May please report. Helen keeps stating there is no evidence in the record. There is substantial evidence in the record and the board found this to be a straightforward description. What is it? Is it the definition  commerce? That's quite compelling evidence too. The definitions here, they all say an association promoting commercial interests. Furthering and promoting the interests of business. Is there a synopsis of that? There is a dictionary definition that establishes that chamber is synonymous equivalent to a chamber of commerce. They admit as much. The website evidence also shows that. Based on this aspect of the evidence, chambers typically promote business and facilitate the interest of business. That is correct. How do you make the leap between that and providing these particular services? Is it inherent that anything under the sun that promotes that one could construe as promoting the business  commerce? There is evidence in the record that confirms what the dictionary definitions say. There are two news articles that talk about how the chambers ensure that they are involved in decisions. They provide an explanation. Throughout the prosecution they were given the explanation. The explanation was you have two individually descriptive terms. We are dealing with a compound mark. Under this precedent it is entirely proper to look at the definition  business commerce. There is no other way to read it. If one of the things he listed was selling discount offers, is that connected enough to promote the interests of business? I would say that is not within the typical penumbra unless there was evidence that showed they are a chamber of commerce. It is fair to look at what they do to get an idea of how would purchasers perceive what a chamber of commerce does. I think that is true when you say chamber of commerce. But when you just say chamber, national chamber, and I thought about this morning when I was sitting in my chamber pondering about the case, chamber has a lot of meanings. If you say chamber to people, generally you think about a big room. You don't think about a big room full of business people analyzing each other. You do when you say chamber of commerce. The test assumes that the person looking at the mark knows what the services are. You have to look at the meaning of the term in relation to the services. We also have here their explicit admission as well as lots of other things that describe in your opinion from saying national chamber to a chamber of commerce. And that it describes the term national chamber just necessarily describes the activities that a chamber of commerce does. Well, chamber does describe the activities that a chamber of commerce does. And it is, as the examining attorney said in numerous places in the office actions, they regarded it merely as an entity designation. Again, a shorthand for chamber of commerce. Because they're the provider of services. So, I mean, it seems that this appellant is trying to have a very narrow definition of what it is.  if you look at the characteristic that chamber describes here, who's offering the services? National describes the geographic scope. You put that together, it's a chamber of commerce at a national level. Or they are operating as a national chamber of commerce. Whether promoting the interest of business persons or industry on a national level or connecting local chambers of commerce through a nationwide network. That is their finding. And that is ample and that is clear. And the agency  not have sufficient evidence to support what we're leaving or how we're leaving. I entirely disagree with that. If you go through the decision, they analyze the pieces of evidence, analyze the terms separately and consider it in its entirety and do so in the context of looking at, they make the note that applicant's name is the chamber of commerce of the United States of America and the website offers these services and they point to the directory information services that include a national network of local and state chambers of commerce. And then they say it's clear that a consumer would immediately understand the term national chamber. After they've already established national is descriptive, chamber is descriptive of a chamber of commerce. The chamber of commerce is involved in promoting the interest of business and when you look at these services, you've got providing information and news in the field of business and you've got legislative and regulatory development that can impact business. So your view is that anything as I started, anything is that chambers are somehow defined as promoting the interest of business. So any service that could be construed as promoting the interest of business is something that wouldn't be permissible here? Is that your position? I think that is probably a fair conclusion to reach but my actual position is that here we have evidence that these services are provided by chambers of commerce. There's the evidence that I pointed to the articles that are talking about how chambers do advocacy and businesses join chambers to get business contacts and to have their interest promoted and then the applicant's own website which shows that they're doing all of these things. So we're allowed to look at their website to inform the understanding and the context in which a recipient of these services is going to understand what the mark means in connection with them. And I would like to also point out they have raised numerous times the fact that they owned a registration for national chamber for the association services  they were promoting businesses that they got on the principal register that issued in the 1980s. I looked at the file history of that registration. It was refused as merely descriptive originally. They got around that because they had another application for the mark U.S. chamber also for association services that they had taken up to the board. In that case the board found there was not evidence that chamber is equivalent in meaning to chamber of commerce. Here we have that evidence. In addition they have registrations and the record is replete with other third party registrations where they obtained registration for U.S. chamber of commerce and that is an entity designation. This refusal is entirely consistent with how their other marks have been treated and how third party marks have been treated. I would also maintain if you have association services promoting the interest of business and that's descriptive which it is, if you are the association and those specific services that you do as the association to promote the interest of business it has to be descriptive for those too. You cannot have applicants micro defining their services in a way that makes it seem like they are not part of the  They are a larger umbrella of services that the chamber of commerce provides. The other point I would like to make is that they do have an option here. We are not saying they can never get registration of this mark. In fact, they alleged use back in 2006. They could do what they did with all of their other marks and come into the office and seek registration based on acquired distinctiveness. We are not saying they are foreclosed from obtaining protection for this mark.  that's all I have to say. Thank you. Unless the clerk has any other questions. Thank you. Quickly, a couple of points I want to hit. First, the government refers to the article on page 664. I invite the court to look at it. It says public policy and business services. The government refers to entity designations. I refer the court to our response to that. Entity designations are things like ink, company, and dot com. Museum, airline, mall, chamber are not entity designations. They don't denote that you are a type of thing. That is just an incorrect analysis. National chamber of commerce, we are presuming there is a generic thing. There is no evidence of public perception. There is no finding below. There is no evidence that people would understand national chamber to mean whatever a generic national chamber of commerce is. There is no discussion about the generic national chamber. Those are for association services. Those are not the services we are seeking here. We have to look at the services that are being sought for registration. Comparing this to the general chamber, the procedural posture of the case is that you can't get required to sign. You have to refile. I do my time is up. Thank you.